IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer L. Moore<br>  Debtor,<br><br>Nationstar Mortgage LLC as servicer for Bank of America, N.A<br>  Movant.<br>v.<br><br>Jennifer L. Moore<br>  Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>  Additional Respondent. | BANKRUPTCY CASE NUMBER<br>20-10862-amc<br><br>CHAPTER 13 |

## MOTION TO WITHDRAW

To The Clerk, United States Bankruptcy Court:

  Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for Bank of America, N.A's Certification of Default filed with the Court on January 10, 2023, Docket No. 58.

*/s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer L. Moore<br>  Debtor, | BANKRUPTCY CASE NUMBER<br>20-10862-amc |
| Nationstar Mortgage LLC as servicer for Bank of America, N.A<br>  Movant.<br>v.<br><br>Jennifer L. Moore<br>  Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>  Additional Respondent. | CHAPTER 13 |

### ORDER

  AND NOW, this _____ day of _____, 2023, upon consideration of the Movant's Motion to Withdraw Certification of Default filed with the Court on January 10, 2023, it is hereby ORDERED that the Motion is GRANTED.

  It is further ORDERED that the hearing scheduled for February 14, 2023 is CANCELLED.

                 BY THE COURT:


                 _____
                 HONORABLE ASHELY M. CHAN
                 UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer L. Moore<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>20-10862-amc |
| Nationstar Mortgage LLC as servicer for Bank of America, N.A<br>　　　Movant.<br>v.<br><br>Jennifer L. Moore<br>　　　Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

### **CERTIFICATE OF SERVICE**

　　　I, Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Motion to Withdraw by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 10th day of February, 2023:

Jennifer L. Moore
843 West 2nd Street
Lansdale, PA 19446

Brad J. Sadek, Esquire
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com - VIA ECF

Kenneth E. West
Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com - VIA ECF

      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle 34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com